Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Justen Paul Linskie

Docket No. 0864 0:08CR00271-018(DWF)

Petition on Supervised Release

      COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Justen Paul Linskie** who was sentenced for Distribution of 500 Grams or More of Methamphetamine on September 22, 2009, by the Honorable Donovan W. Frank, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol restrictions\
- Community service until employed
- Do not frequent bars
- Drug treatment
- Substance abuse testing
- Mental health treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      MANDATORY CONDITION:  The defendant shall refrain from any unlawful use of a controlled substance.

On April 23, 2014, the defendant submitted to a drug test which proved positive for marijuana. The defendant admitted to the usage.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

      The defendant shall perform 20 hours of community service, as approved by the probation officer.

CASE 0:08-cr-00271-DWF-SER   Document 996   Filed 05/22/14   Page 2 of 2

| | |
|---|---|
| Petition on Supervised Release | RE: **Justen Paul Linskie** |
| Page 2 | Docket No. 0864 0:08CR00271-018(DWF) |

ORDER OF THE COURT

Considered and ordered this __22nd__ day of May, 2014, and ordered filed and made a part of the records in the above case.

s/Donovan W. Frank
Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Matthew T. Whiting*
Matthew T. Whiting
Senior U.S. Probation Officer
Telephone: 218-529-3550

Executed on    May 21, 2014

Place           Duluth, Minnesota

Approved:

s/ **Diane M. Levendusky**
Diane M. Levendusky
Supervising U.S. Probation Officer