Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Justen Paul Linskie

Docket No. 0864 0:08CR00271-018(DWF)

Petition on Supervised Release

      COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Justen Paul Linskie** who was sentenced for Distribution of 500 Grams or More of Methamphetamine on September 22, 2009, by the Honorable Donovan W. Frank, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol restrictions
- Community service until employed
- Do not frequent bars
- Drug treatment
- Substance abuse testing
- Mental health treatment
- 20 hours community work service (modified May 22, 2014)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      NEW CIRCUMSTANCE:

This is a request to modify the defendant's conditions not based on a violation. The defendant needs assistance in restructuring his life. He is having difficulty finding employment and is not able to continue living with his girlfriend or his grandmother. He has not secured heath care insurance and has not followed up with a Rule 25 Chemical Health Assessment. Because he is essentially homeless and unemployed, he could benefit from services and structure provided by the Bethel halfway house program.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

      The defendant shall reside for a period of up to 120 days in a residential reentry center (Bethel Work Release, Duluth, Minnesota) as approved by the probation officer and shall observe the rules of that facility. The defendant shall not be responsible for the costs.

CASE 0:08-cr-00271-DWF-SER   Document 1016   Filed 07/21/14   Page 2 of 2

| | |
|---|---|
| Petition on Supervised Release | RE: **Justen Paul Linskie** |
| Page 2 | Docket No. 0864 0:08CR00271-018(DWF) |

ORDER OF THE COURT

Considered and ordered this 21st day of July, 2014, and ordered filed and made a part of the records in the above case.

s/Donovan W. Frank
Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Matthew T. Whiting*
Matthew T. Whiting
Senior U.S. Probation Officer
Telephone: 218-529-3550

Executed on   July 18, 2014

Place         Duluth, Minnesota

Approved:

s/ **Diane M. Levendusky**
Diane M. Levendusky
Supervising U.S. Probation Officer